Submitted September 14, 1982. George Gershenfeld, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Leonard A. Ivanoski is affirmed.

456 A.2d 1088

Commonwealth v. Anderson, Appellant.

Argued October 12, 1982. Clifford J. Kirvan, for appellant; Joseph E. Altomare, for Commonwealth, appellee.

Before CERCONE, P.J., and WIEAND and BECK, JJ.

Case transferred to Commonwealth Court.

456 A.2d 1088

Commonwealth v. Banks, Appellant.
Petition for Allowance of Appeal
Denied June 6, 1983.

610

Submitted October 12, 1982. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WIEAND and BECK, JJ.

Judgment of sentence affirmed.

456 A.2d 1088

Commonwealth v. Caporello, Appellant.

Petition for Allowance of Appeal
Denied Aug. 4, 1983.

Submitted February 24, 1982. Alvin S. Ackerman, for appellant; Vram Nedurian, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Order affirmed.

456 A.2d 1088

Commonwealth v. Clinton, Appellant.

Submitted November 15, 1982. Thomas H.A. Gallagher, for appellant; Jane